

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2017 JUL 26 AM 11:26
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CAUSE NO.: |
| | § | **INDICTMENT** |
| v. | § § § § § | [VIO: COUNT ONE: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy to Transport Illegal Aliens; COUNT TWO: 8 U.S.C. § |
| MICHAEL STEVEN PARR, JR. SARAH LOUISE MARQUEZ | § § | 1324(a)(1)(A)(ii)&(B)(i) Illegal Alien Transportation.] |

THE GRAND JURY CHARGES:    **DR 17 CR 0803**

COUNT ONE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about June 27, 2017, in the Western District of Texas, Defendants,

MICHAEL STEVEN PARR, JR.,
SARAH LOUISE MARQUEZ,

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(i).

## COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i)]

On or about June 27, 2017, in the Western District of Texas, Defendants,

MICHAEL STEVEN PARR, JR.,
SARAH LOUISE MARQUEZ,

did knowingly and in reckless disregard of the fact that the hereinafter named alien has come to, entered and remained in the United States in violation of law, willfully and unlawfully transported and moved, and attempted to transport and move, by means of transportation or otherwise, in furtherance of such violation of law, a certain alien, to-wit: Marcela Leticia Lopez-Irias, for the purpose of commercial advantage and private financial gain, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(i).

A TRUE BILL.

_____
FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
JODY GILZENE
Assistant United States Attorney

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: MAVERICK      USAO #: 2017R08463

DATE: JULY 26, 2017      MAG. CT. #: DR17-03442M

AUSA: JODY GILZENE

DEFENDANT: MICHAEL STEVEN PARR, JR.      **DR17CR0803**

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: NO      LANGUAGE: ENGLISH

DEFENSE ATTORNEY: DALILA PADILLA PAXTON

ADDRESS OF ATTORNEY: 2205 VETERANS BLVD., SUITE A-2, DEL RIO, TEXAS 78840

DEFENDANT IS: DETAINED      DATE OF ARREST: JUNE 27, 2017

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - CONSPIRACY TO TRANSPORT ILLEGAL ALIENS; COUNT 2: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) - TRANSPORTATION OF ILLEGAL ALIENS.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: FOR EACH COUNT - 10 YEARS IMPRISONMENT; UP TO $250,000 FINE; UP TO 3 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT FOR EACH COUNT OF CONVICTION; $5000 SPECIAL ASSESSMENT NON-INDIGENT.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: MAVERICK            USAO #: 2017R08463

DATE: JULY 26, 2017         MAG. CT. #: DR17-03442M

AUSA: JODY GILZENE

DEFENDANT: SARAH LOUISE MARQUEZ            **DR 17 CR 0803**

CITIZENSHIP: UNITED STATES

INTERPRETER NEEDED: NO      LANGUAGE: ENGLISH

DEFENSE ATTORNEY: SOSTENES MIRELES, II

ADDRESS OF ATTORNEY: PO BOX 1364, DEL RIO, TEXAS 78841

DEFENDANT IS: DETAINED      DATE OF ARREST: JUNE 27, 2017

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): COUNT 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i) - CONSPIRACY TO TRANSPORT ILLEGAL ALIENS; COUNT 2: 8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(i) - TRANSPORTATION OF ILLEGAL ALIENS.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: FOR EACH COUNT - 10 YEARS IMPRISONMENT; UP TO $250,000 FINE; UP TO 3 YEARS OF SUPERVISED RELEASE; $100 MANDATORY SPECIAL ASSESSMENT FOR EACH COUNT OF CONVICTION; $5000 SPECIAL ASSESSMENT NON-INDIGENT.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3