PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

FILED
MAR 11 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Michael Steven Parr, Jr.                                Case Number:  DR-17-CR-00803 (01)

Name of Sentencing Judicial Officer:  Honorable Alia Moses, United States District Judge

Date of Original Sentence:  February 20, 2018

Original Offense:  Conspiracy to Transport Illegal Aliens, in violation of 8 U.S.C. § 1324

Original Sentence:  10 months imprisonment followed by 3 years supervised release

Type of Supervision:  Supervised Release          Date Supervision Commenced:  May 21, 2018

Assistant U.S. Attorney:  Jody-Ann Gilzene    Defense Attorney:  Dalila Padilla Paxton

### PREVIOUS COURT ACTION

On June 4, 2018, the Court approved modified conditions to include halfway house placement.

### PETITIONING THE COURT

☒ To issue a WARRANT
☐ To Issue a WARRANT and TRANSFER JURISDICTION to the District of:
☐ To issue a SUMMONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 1: The defendant shall not commit another federal, state, or local crime during the term of supervision.** |
| 2. | **Mandatory Condition No. 2: The defendant shall not unlawfully possess a controlled substance.** |
| 3. | **Mandatory Condition No. 3: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug test thereafter (as determined by the court) but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.** |

| | |
|---|---|
| 4. | **Special Condition: The defendant shall abstain from the use of alcohol and any and all intoxicants.** |
| 5. | **Special Condition: The defendant shall not use or possess any controlled substances without a valid prescription. If a valid prescription exists, the defendant must disclose the prescription information to the probation officer and follow the instructions on the prescription.** |
| 6. | **Standard Condition No. 8: The defendant shall not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant shall not knowingly communicate or interact with that person without first getting the permission of the Court.** |

According to a Slidell, Louisiana, Police Department offense report, on January 24. 2021, the offender was arrested for Possession of Drug Paraphernalia, in violation of Louisiana Revised Statute 40:1023, NAR 1 – Controlled Substance Possession, in violation of Louisiana Revised Statute 40:967.C, Obstruction of Justice, in violation Louisiana Revised Statute 14:130, and two outstanding warrants for Failure to Appear. Officers was dispatched to a Five Below Store in reference to a welfare call concerning a passed out male and female in a vehicle. Upon arrival, officers located the described male and female inside the store. The male subject was identified as Michael Steven Parr and the female as Martha Jenkins. Officers observed Michael Steven Parr to be under the influence of narcotics, as he was slurring his words, pacing around non-stop, and making jerky movement. Jenkins also was observed to be under the influence of narcotics. Both individuals were escorted out of the store to their vehicle, which they gave officers permission to search. During the investigation, it was determined Michael Steven Parr had two outstanding warrants for failure to appear, and he was placed under arrest. During a pat down of the offender, a broken glass pipe with white residue was located in the left cargo pocket of his pants. No contraband was found during the search of the vehicle. However, officers found a plastic zip-lock bag under the nearby patrol car which Parr and Jenkins were standing next to while the officers searched their vehicle. Witnesses from the store reported to officers they observed Jenkins throw the bag under the patrol car. Inside the bag, officers discoved a metal spoon with burn marks on the bottom, one opened packet of Kool-Aid packet containing a powder substance, one new clear syringe, one used clear syringe with liquid residue. Jenkins admitted she had on her person one Alprazolam tablet. During the process, while he was standing near the front of his vehicle, Michael Steven Parr revealed his hand was bleeding. It was determined Parr had broken the glass pipe which was found in his possession prior to its discovery in an apparent attempt to destroy it. He admitted to placing the broken piece of the glass pipe on top of the front tire of the patrol car, where he was standing. Both individuals were transported to Slidell City Jail. During the transport, Martha Jenkins admitted to officers she used the syringe to administered an "eight ball." The offender has since been released on a bond as of February 1, 2021, and the charges remain pending in Louisiana.

| | |
|---|---|
| 7. | **Standard Condition No. 9: If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours.** |

The offender was arrested for two counts of Failure to Appear, Possession of Drug Paraphernalia, in violation of Louisiana Revised Statute 40:1023, NAR 1 – Controlled Substance Possession, in violation of Louisiana Revised Statute 40:967.C, and Obstruction of Justice, in violation Louisiana Revised Statute 14:130, on January 24, 2021 in Slidell, Louisiana. The offender was released on bond on February 1, 2021. He failed to notify his probation officer of this arrest.

U.S. Probation Officer Recommendation: On May 21, 2018, the offender began supervised release in the Eastern District of Louisiana. Upon release, Mr. Parr originally resided with his mother before moving into a sober living home, where he was able to maintain his sobriety. Unfortunately, the offender failed to maintain his pattern of positive change as evidenced by his arrest for new charges. The offender subsequently failed to report his arrest to his probation officer. As a result of these violations of his supervised release, it is respectfully requested the Court issue a warrant for Mr. Parr's arrest.

The term of supervision should be

☒ revoked. (Maximum penalty: __2__ years imprisonment; __3__ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for _____ years for a total term of _____ years

☐ The conditions of supervision should be modified as follows:

Approved:

_____
Darren P. Kohut
Supervising U.S. Probation Officer

Respectfully Submitted,

_____
James Escobedo
U.S. Probation Officer,
Date: March 8, 2021
Telephone #: 830-703-2089, ext. 6142

Approved:

_____
Jody-Ann E. Gilzene
Supervising Assistant U.S. Attorney

cc:   Javier Ceniceros
      Assistant Deputy Chief U.S. Probation Officer

THE COURT ORDERS:

☐ No action.
☒ The issuance of a WARRANT.  Bond is set in the amount of $ _Detain_ cash/surety with supervision
    by the United States Probation Office to continue as a condition of release.
☐ The issuance of a SUMMONS.
☐ Other _____

_____
Honorable Alia Moses
U.S. District Judge

_March 11, 2021_____
Date